# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152688

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

GIANDRE ROOSEVELT BURNS,
        Defendant-Appellant.

SC:  152688
COA:  321570
Wayne CC:  13-000751-FC

_____/

      On order of the Court, the application for leave to appeal the September 24, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016



Clerk

s0914